# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Reiss,              ) | No. CV 11-0523-PHX-SRB (ECV) |
|             Plaintiff,      ) | **ORDER** |
| vs.                         ) | |
| Cary Davis, et al.,         ) | |
|             Defendants.     ) | |

Pending before the court is Plaintiff's Motion for Leave to Submit First Amended Complaint (Doc. 29). Defendants have filed a Response (Doc. 31) opposing Plaintiff's motion.

Plaintiff's motion to amend fails to comply with the requirements for such a motion set forth in the Local Rules of Civil Procedure. Rule 15.1 of the Local Rules requires a party who moves for leave to amend to attach a copy of the proposed amended pleading as an exhibit to the motion. The proposed pleading must "indicate in what respect it differs from the pleading which it amends, by bracketing or striking through the text to be deleted and underlining the text to be added." Id.

Here, although Plaintiff attached a copy of the proposed amended pleading to the motion, the proposed pleading does not indicate how it differs from the pleading which it amends. Having failed to comply with the requirements for seeking leave to amend his complaint, Plaintiff's motion will be denied.

**IT IS THEREFORE ORDERED:**

That Plaintiff's Motion for Leave to Submit First Amended Complaint (Doc. 29) is **DENIED**.

DATED this 14th day of September, 2011.

_____
Edward C. Voss
United States Magistrate Judge